**NOT FOR PUBLICATION WITHOUT THE**
**APPROVAL OF THE APPELLATE DIVISION**

This opinion shall not "constitute precedent or be binding upon any court." Although it is posted on the internet, this opinion is binding only on the parties in the case and its use in other cases is limited. R. 1:36-3.

SUPERIOR COURT OF NEW JERSEY
APPELLATE DIVISION
DOCKET NO. A-0569-22
              A-1817-22

IN THE MATTER OF F.B., J.D.,
D.K., J.N., S.R., S.G. and C.R.,
TOWNSHIP OF WEST ORANGE.

_____

IN THE MATTER OF O.C., R.F.,
G.L., S.M., J.M., D.R., F.R., G.W.
and R.K., TOWNSHIP OF WEST
ORANGE.

_____

Submitted February 10, 2025 – Decided February 13, 2025

Before Judges Sabatino and Gummer.

On appeal from the New Jersey Civil Service Commission, Docket Nos. 2022-1079, 2022-1080, 2022-1082, 2022-1083, 2022-1084, 2022-1085, 2022-1086, 2022-2281, 2022-2282, 2022-2283, 2022-2284, 2022-2285, 2022-2286, 2022-2287, 2022-2288, 2022-2290 and 2022-2407.

Fox Rothschild LLP, attorneys for appellant Township of West Orange (Kenneth A. Rosenberg, of counsel and on the briefs; Kelly L. McNaughton, on the briefs).

Law Offices of Craig S. Gumpel, LLC, attorneys for respondents F.B., J.D., D.K., J.N., S.R., S.G. and C.R.

in A-0569-22 (Craig S. Gumpel, of counsel and on the brief).

Sciarra & Catrambone, LLC, attorneys for respondents O.C., R.F., G.L., S.M., J.M., D.R., F.R., G.W and R.K. in A-1817-22 (Jeffrey D. Catrambone, of counsel and on the brief).

Matthew J. Platkin, Attorney General, attorney for respondent New Jersey Civil Service Commission (Paulina R. Dearaujo, Deputy Attorney General, on the statement in lieu of brief).

PER CURIAM

We have been advised that these consolidated matters have been amicably resolved, and the parties have stipulated to the dismissal of both appeals. Accordingly, the appeals are dismissed with prejudice and without costs.

Dismissed.

I hereby certify that the foregoing is a true copy of the original on file in my office.

CLERK OF THE APPELLATE DIVISION

A-0569-22